# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0034
Lower Tribunal No. 20-901
_____

**K.M.T., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

K.M.T., a Juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.